RYAN H. CROSNER, CA Bar No. 278418
ryan.crosner@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA  90071
Telephone:  213-239-9800
Facsimile:   213-239-9045

*(Additional Counsel on Following Page)*

Attorneys for Defendants
CACI INTERNATIONAL, INC. and
CACI, INC. - FEDERAL

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Lisa Pittmon and Joel MacKay, on behalf of themselves and others similarly situated, and on behalf of the general public,<br><br>            Plaintiffs,<br><br>       v.<br><br>CACI International, Inc. and CACI, Inc. - Federal,<br><br>            Defendants. | Case No. 2:21-cv-02044-CJC (JEMx)<br><br>**ORDER FOR STIPULATED PROTECTIVE ORDER**<br><br>District Judge:   Hon. Cormac J. Carney<br>                        Courtroom 9B, Santa Ana<br>Magistrate Judge: Hon. John E. McDermott,<br>                        Courtroom 640, Roybal |

1  GLENDY C. LAU, CA Bar No. 280174
   glendy.lau@ogletree.com
2  OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.
3  19191 S. Vermont Avenue, Suite 950
   Torrance, CA  90502
4  Telephone:   310-217-8191
   Facsimile:   310-217-8184
5
   A. CRAIG CLELAND (*pro hac vice*)
6  craig.cleland@ogletree.com
   OGLETREE, DEAKINS, NASH,
7  SMOAK & STEWART, P.C.
   One Ninety One Peachtree Tower
8  191 Peachtree St. NE, Suite 4800
   Atlanta, GA  30303
9  Telephone:   404-881-1300
   Facsimile:   404-870-1732
10
11 HARRY M. ROWLAND III (*pro hac vice*)
   harry.rowland@ogletree.com
12 OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.
13 One Ninety One Peachtree Tower
   191 Peachtree St. NE, Suite 4800
14 Atlanta, GA  30303
   Telephone:   404-881-1300
15 Facsimile:   404-870-1732

16 Attorneys for Defendants
   CACI INTERNATIONAL, INC. and
17 CACI, INC. - FEDERAL

18

19

20

21

22

23

24

25

26

27

28

1 **FOR GOOD CAUSE SHOWN, IT IS SO ORDERED THAT THE PARTIES STIPULATED PROTECTIVE ORDER FILED ON SEPTEMBER 9, 2021 IS GRANTED.**

DATED: 9/10/21

_____
HON. JOHN E. MCDERMOTT
United States Magistrate Judge

48514175.1