# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lisa Pittmon and Joel MacKay, on behalf of themselves and others similarly situated, and on behalf of the general public,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CACI International, Inc. and CACI, Inc. - Federal,<br><br>　　　　　Defendants. | Case No. 2:21-cv-02044-CJC (JEMx)<br><br>**ORDER GRANTING JOINT STATEMENT REGARDING PLAN FOR DISTRIBUTION OF NOTICE**<br><br><br>District Judge:　Hon. Cormac J. Carney<br>　　　　　　　　Courtroom 9B, Santa Ana<br>Magistrate Judge:Hon. John E. McDermott,<br>　　　　　　　　Courtroom 640, Roybal |

# ORDER

Before the Court is the Parties' Joint Statement Regarding Plan for Distribution of Notice. Having reviewed the Parties' stipulation, with good cause appearing therefore, the Court hereby ORDERS:

　　1.　Simpluris (the "Administrator") shall act as the third-party administrator that will distribute notice and receive consent forms.

　　2.　On September 13, 2021, Defendants will provide the Notice List to the Administrator.

　　3.　On or by September 20, 2021, the Administrator will:

　　　　a.　Set up a case-specific web page at which prospective opt-ins may

---

1  Proposed order on joint statement

view the notice and complete an electronic consent form;

    b. Establish a case-specific email address; and

    c. Distribute the notice by first class mail (submitted as Exhibit A to the Parties' Joint Statement) and text message (submitted as Exhibit B).

4. On or by September 24, 2021, the Administrator will distribute notice by email (submitted as Exhibit C), once the case-specific email address has been validated.

5. On or by November 19, 2021 (60 days after the initial notice mailing), the Administrator will send the reminder postcard (submitted as Exhibit D).

6. The notice period will close on Monday, December 20, 2021 (91 days after the initial notice mailing). Consent forms returned to the administrator electronically, or postmarked on or by that date, will be deemed to have been timely submitted in this action.

7. During the opt-in period, the Administrator will inform the parties, not less frequently than twice per week, of the identity of any consents the Administrator has received since the preceding update as well as the date on which the Administrator received each individual's consent form.

8. Plaintiffs must file the opt-in plaintiff consent forms received within fourteen days of the end of the notice period. For each opt-in Plaintiff's Fair Labor Standards Act claims, consent-based tolling of the statute of limitations will begin the date the Administrator receives the opt-in Plaintiff's consent form.

IT IS SO ORDERED .

Dated: September 13, 2021

                                                  Hon. Cormac J. Carney
United States District Judge

47751822.1