1  RYAN H. CROSNER, CA Bar No. 278418
   ryan.crosner@ogletree.com
2  VI APPLEN, CA Bar No. 273623
   vi.applen@ogletree.com
3  OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.
4  400 South Hope Street, Suite 1200
   Los Angeles, CA  90071
5  Telephone:  213-239-9800
   Facsimile:   213-239-9045
6  *(Additional Counsel on Following Page)*

7

8  Attorneys for Defendant
   CACI, INC. - FEDERAL

9

10  **UNITED STATES DISTRICT COURT**

    **CENTRAL DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| Lisa Pittmon and Joel MacKay, on behalf of themselves and others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>CACI International, Inc. and CACI, Inc. - Federal,<br><br>Defendants. | Case No. 2:21-cv-02044-DOC (SSCx)<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>District Judge:   Hon. David O. Carter<br>Courtroom 10A, Santa Ana<br>Magistrate Judge: Hon. Stephanie S. Christensen,<br>Courtroom 790, Roybal |

| | |
|---|---|
| 1 | A. CRAIG CLELAND (admitted *pro hac vice*) |
| 2 | craig.cleland@ogletree.com<br>OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| 3 | One Ninety One Peachtree Tower<br>191 Peachtree St. NE, Suite 4800 |
| 4 | Atlanta, GA  30303<br>Telephone:  404-881-1300 |
| 5 | Facsimile:   404-870-1732 |
| 6 | HARRY M. ROWLAND III (admitted *pro hac vice*) |
| 7 | harry.rowland@ogletree.com<br>OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| 8 | One Ninety One Peachtree Tower<br>191 Peachtree St. NE, Suite 4800 |
| 9 | Atlanta, GA  30303<br>Telephone:  404-881-1300 |
| 10 | Facsimile:   404-870-1732 |
| 11 | BENJAMIN P. LEMLY (pro hac vice) |
| 12 | benjamin.lemly@ogletree.com<br>OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| 13 | Truist Plaza<br>401 Commerce Street, Suite 1200 |
| 14 | Nashville, TN 37219<br>Telephone:  615-254-1900 |
| 15 | |
| 16 | Attorneys for Defendant<br>CACI, INC. - FEDERAL |
| 17 | DANIEL S. BROME |
| 18 | dbrome@nka.com<br>NICHOLS KASTER, LLP |
| 19 | 235 Montgomery Street, Suite 810 |
| 20 | San Francisco, California  94104<br>Telephone:  415-277-7235 |
| 21 | Facsimile:   415-277-7238 |
| 22 | |
| 23 | Attorney for Plaintiffs<br>LISA PITTMON and JOEL MACKAY, |
| 24 | on behalf of themselves and others similarly situated,<br>and on behalf of the general public |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Pursuant to Local Rule 40-2 and Part VIII of the Court's Initial Standing Order Following Assignment of Civil Case to Judge Carter, the parties respectfully notify the Court that they have reached an agreement to resolve this matter and provide the following update:

1. On July 16, 2024, Defendant reached out to Hon. Carla M. Woehrle (Ret.), a former United States Magistrate Judge for the Central District of California who is now a neutral with ADR Services, Inc., to determine if she was available to assist the parties in mediating the case.

2. The parties selected Judge Woehrle because she previously mediated this case with the parties in September 2022, and is familiar with the case and its relevant legal and factual issues.

3. The parties mediated the case with Judge Woehrle on July 22, 2024. During the mediation the parties were able to agree on the monetary value of the settlement as well as on some non-monetary settlement terms.

4. Over the next several days, the parties continued to negotiate the remaining non-monetary settlement terms and exchanged revisions to a settlement term sheet.

5. On July 29, 2024, the parties held video conference where they negotiated, and ultimately agreed on, the outstanding additional non-monetary settlement terms.

6. On August 1, 2024, the parties executed a settlement term sheet memorializing the monetary value and certain non-monetary terms of the settlement.

7. Because the parties' settlement compromises the Named Plaintiffs' Fair Labor Standards Act (FLSA) and PAGA claims as well as the representative PAGA claims of other employees, the parties must next seek the Court's approval of their settlement.

8. The Parties are currently working on and negotiating the various settlement-related documents, and estimate that it will take approximately forty-five

1  (45) days to complete the settlement agreement and notice, produce relevant data and
2  determine allocations, retain a settlement administrator, finalize the notice, and
3  prepare and submit the settlement approval motion and supporting papers for the
4  Court's consideration.

5      9.    The Parties therefore respectfully request that the Court grant Plaintiffs
6  until September 16, 2024, to file the motion for settlement approval and any related
7  documents. The Parties further request that all other case deadlines be stayed and
8  that the trial, set for October 29, 2024, be continued.

9      10.    A proposed order is attached for the Court's consideration and
10 convenience. The parties will also notify the Court's Courtroom Deputy by email
11 about this settlement promptly after filing this Notice of Settlement.

DATED: August 1, 2024    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ *Ryan H. Crosner*
Ryan H. Crosner
Vi Applen
A. Craig Cleland
Harry M. Rowland, III
Benjamin P. Lemly

Attorneys for Defendant
CACI, INC. - FEDERAL

DATED: August 1, 2024    NICHOLS KASTER, LLP

By: /s/ *Daniel S. Brome (with permission)*
Daniel S. Brome

Attorneys for Plaintiffs
LISA PITTMON and JOEL MACKAY

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Notice of Electronic Filing.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

By: s/ *Ryan H. Crosner*
Ryan H. Crosner
Vi Applen
A. Craig Cleland
Harry M. Rowland, III
Benjamin P. Lemly