RYAN H. CROSNER, CA Bar No. 278418
ryan.crosner@ogletree.com
VI APPLEN, CA Bar No. 273623
vi.applen@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Telephone: 213-239-9800
Facsimile: 213-239-9045
*(Additional Counsel on Following Page)*

Attorneys for Defendants
CACI INTERNATIONAL, INC. and
CACI, INC. - FEDERAL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lisa Pittmon and Joel MacKay, on behalf of themselves and others similarly situated, and on behalf of the general public,<br><br>    Plaintiffs,<br><br>    v.<br><br>CACI International, Inc. and CACI, Inc. - Federal,<br><br>    Defendants. | Case No. 2:21-cv-02044-DOC (SSCx)<br><br>**JOINT STIPULATION TO STAY PRETRIAL DEADLINES AND CONTINUE THE TRIAL DATE**<br><br><br>District Judge:   Hon. David O. Carter<br>                  Courtroom 10A, Santa Ana<br>Magistrate Judge: Hon. Stephanie S. Christensen,<br>                  Courtroom 790, Roybal |

| | |
|---|---|
| 1 | A. CRAIG CLELAND (admitted *pro hac vice*) |
|   | craig.cleland@ogletree.com |
| 2 | OGLETREE, DEAKINS, NASH, |
|   | SMOAK & STEWART, P.C. |
| 3 | One Ninety One Peachtree Tower |
|   | 191 Peachtree St. NE, Suite 4800 |
| 4 | Atlanta, GA  30303 |
|   | Telephone:  404-881-1300 |
| 5 | Facsimile:   404-870-1732 |
| 6 | HARRY M. ROWLAND III (admitted *pro hac vice*) |
|   | harry.rowland@ogletree.com |
| 7 | OGLETREE, DEAKINS, NASH, |
|   | SMOAK & STEWART, P.C. |
| 8 | One Ninety One Peachtree Tower |
|   | 191 Peachtree St. NE, Suite 4800 |
| 9 | Atlanta, GA  30303 |
|   | Telephone:  404-881-1300 |
| 10 | Facsimile:   404-870-1732 |
| 11 | BENJAMIN P. LEMLY (admitted *pro hac vice*) |
|   | benjamin.lemly@ogletree.com |
| 12 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|   | Truist Plaza |
| 13 | 401 Commerce Street, Suite 1200 |
|   | Nashville, TN 37219 |
| 14 | Telephone:  615-254-1900 |
| 15 | Attorneys for Defendants |
|   | CACI INTERNATIONAL, INC and |
| 16 | CACI, INC. – FEDERAL |
| 17 | |
|   | DANIEL S. BROME |
| 18 | dbrome@nka.com |
|   | NICHOLS KASTER, LLP |
| 19 | 235 Montgomery Street, Suite 810 |
|   | San Francisco, California  94104 |
| 20 | Telephone:  415-277-7235 |
|   | Facsimile:   415-277-7238 |
| 21 | |
|   | MICHELE R. FISHER (admitted *pro hac vice*) |
| 22 | fisher@nka.com |
|   | NICHOLS KASTER, PLLP |
| 23 | 4700 IDS Center |
|   | 80 South Eighth Street |
| 24 | Minneapolis, MN 55402 |
|   | Telephone: (612) 256-3200 |
| 25 | Facsimile: (612) 215-6870 |
|   | (*admitted pro hac vice) |
| 26 | |
|   | JASON CHRISTOPHER MARSILI, CA State Bar No. 233980 |
| 27 | jmarsili@rmrllp.com |
|   | ROSEN MARSILI RAPP LLP |
| 28 | 3600 Wilshire Blvd., Suite 1800 |
|   | Los Angeles, CA  90010-2622 |

ii                                               Case No. 2:21-cv-02044-DOC (SSCx)
JOINT STIPULATION TO STAY PRETRIAL DEADLINES AND CONTINUE THE TRIAL DATE

Telephone: (213) 389-6050
Facsimile: (213) 389-0663

Attorneys for Plaintiffs
LISA PITTMON and JOEL MACKAY,
on behalf of themselves and others similarly situated,
and on behalf of the general public

   PLAINTIFFS LISA PITTMON AND JOEL MACKAY and DEFENDANT CACI, INC. – FEDERAL ("CACI"), through their respective counsel of record, stipulate and agree as follows:

  1. On July 16, 2024, Defendant CACI, Inc. - Federal reached out to Hon. Carla M. Woehrle (Ret.), a former United States Magistrate Judge for the Central District of California who is now a neutral with ADR Services, Inc., to determine if she was available to assist the parties in mediating the case.

  2. The parties selected Judge Woehrle because she previously mediated this case with the parties in September 2022, and is familiar with the case and its relevant legal and factual issues.

  3. The parties mediated the case with Judge Woehrle on July 22, 2024. During the mediation the parties were able to agree on the monetary value of the settlement as well as on some non-monetary settlement terms.

  4. Over the next several days, the parties continued to negotiate the remaining non-monetary settlement terms and exchanged revisions to a settlement term sheet.

  5. On July 29, 2024, the parties held video conference where they negotiated, and ultimately agreed on, the outstanding additional non-monetary settlement terms.

  6. On August 1, 2024, the parties executed a settlement term sheet memorializing the monetary value and certain non-monetary terms of the settlement.

  7. That same day, pursuant to Local Rule 40-2 and Part VIII of the Court's Initial Standing Order, the parties filed a joint notice of settlement. (ECF No. 168.)

  8. On August 2, 2024, the Court entered an Order that Plaintiffs file a motion for settlement approval or a status report by September 16, 2024. It stated that the trial date and other pretrial deadlines would remain on the calendar "at this time." (ECF No. 169.)

9. After the parties negotiated and executed their long-form settlement agreement, on September 16, 2024, Plaintiffs filed their motion for settlement approval. That motion is set for a hearing on October 21, 2024, at 8:30 a.m. (ECF No. 172.)

10. The pretrial conference in this matter is scheduled for October 7, 2024, at 8:30 a.m. Trial is set to begin on October 29, 2024. (ECF No. 164.) The parties also have various other pretrial deadlines and duties under both the Federal and Local Rules. *See* Fed. R. Civ. P. 16; L.R. 16-2 through 16-10.

11. Because the motion for settlement approval is pending before the Court, the Parties respectfully request that the Court stay all pending pretrial deadlines and continue the pretrial conference and trial while it takes Plaintiffs' motion for settlement approval under consideration.

12. Staying all pretrial deadlines and continuing the pretrial conference and trial dates would allow the parties to conserve resources while the motion for settlement approval is pending.

13. Such a stay is consistent with Rule 1, which states that the Federal Rules of Civil Procedure "should be construed, administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination of every action and proceeding." Fed. R. Civ. P. 1.

14. This stipulation is brought for good cause, and the stay will not unduly delay the proceedings and will not prejudice Plaintiffs or the aggrieved employees or Defendant.

15. A proposed order is provided pursuant to L.R. 7-1.

NOW, THEREFORE, the Parties, through their respective counsel of record AGREE AND HEREBY STIPULATE AND REQUEST, pursuant to Local Rule 7-1 and 7-11, that the Court order that all pretrial and trial deadlines are stayed and that the pretrial conference and trial are continued while the Court considers and rules on

1  Plaintiffs' motion for settlement approval.

2      IT IS SO STIPULATED.

5  DATED:  September 26, 2024    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

8      By: /s/ A. Craig Cleland
        Ryan H. Crosner
        Vi Applen
        A. Craig Cleland
        Harry M. Rowland III
        Benjamin P. Lemly

Attorneys for Defendants
CACI INTERNATIONAL, INC. and CACI, INC. - FEDERAL

14 DATED:  September 26, 2024    NICHOLS KASTER, LLP

17     By: /s/ Daniel S. Brome
        Daniel S. Brome
        Michele R. Fisher
        Jason C. Marsili

Attorneys for Plaintiffs
LISA PITTMON and JOEL MACKAY